# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIC X. RAMBERT,          )

                           )     Civil Action No. 17 – 42E

            Petitioner,     )

                           )

           v.             )     Magistrate Judge Lisa Pupo Lenihan

                           )

MICHAEL OVERMYER, *et al.*,   )

                           )

          Respondents.   )

                           )


## <u>MEMORANDUM ORDER</u>

Petitioner has submitted for filing to the Clerk of Court a Motion for Leave to Proceed *in forma pauperis* and a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  After reviewing these documents, the Clerk has determined that they are non-compliant with the Local Rules of the Western District of Pennsylvania.  Specifically, these documents do not comply with LCvR 5.1(C), which requires that all papers presented for filing must only have lettering or typeface on one (1) side of a page.  Petitioner was informed on at least two prior occasions in Civil Action No. 15-1088, (July 19, 2016 and December 9, 2016), another of his cases, that his filings did not comply with the LCvR 5.1(C), and, after taking the time to photocopy all of his documents so that they could be filed, the Deputy Clerk warned him that all future filings must be written on only one side of a page.  Petitioner, however, continues to ignore the Court's warnings and our Local Rules.

This is the final time that the Court will copy a document filed by Petitioner with lettering or typeface on both sides.  If Petitioner continues to file documents that do not comply with the Local Rules then they will be returned to him without being filed, unless he submits a check made out to the Clerk of Court for photocopying expenses.  The fee is fifty (50) cents a page. The following Order will now be entered.

**AND NOW**, this 16th day of February, 2017;

**IT IS HEREBY ORDERED** that all of Petitioner's future submissions must be presented for filing in compliance with our Local Rules, and specifically Local Rule 5.1(C), a copy of which is attached hereto, and provides as follows, "The lettering and typeface shall be on only one (1) side of a page."

**IT IS FURTHER ORDERED** that any future filing by Petitioner that is not in compliance with Local Rule 5.1(C), no matter in what case, will be returned to Petitioner along with a copy of this Order.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:  Eric X. Rambert
     AM-9233
     SCI Forest
     P.O. Box 945
     Marienville, PA  16239